IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CITY OF OVIEDO,

        Appellant,

v.

                                Case No. 5D22-1835
                                LT Case No. 2017-CA-001062

SUMMIT CONSTRUCTION
MANAGEMENT GROUP, LLC AND
RED APPLE AT LOCKWOOD, LLC,

        Appellees.

_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Seminole County,
Michael Rudisill, Judge.

Marcia K. Lippincott, of Marcia K.
Lippincott, P.A., Lake Mary, for
Appellant.

Rachael M. Crews, of GrayRobinson,
P.A., Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.

MAKAR, JAY and BOATWRIGHT, JJ., concur.